```
                                        ___ FILED        ___ LODGED
                                        ___ RECEIVED     ___ COPY

                                            JUN 2 2 2006

                                        CLERK U S DISTRICT COURT
                                          DISTRICT OF ARIZONA
                                        BY_____ DEPUTY
```

1  **WO**

2

3

4

5

6                  IN THE UNITED STATES DISTRICT COURT

7                     FOR THE DISTRICT OF ARIZONA

8

9   United States of America,           )    CR 01-00748-001-PHX-JAT
                                         )
10              Plaintiff,               )
                                         )
11  vs.                                  )
                                         )
12  Richard Roy Baxter,                  )         **ORDER**
                                         )
13              Defendant.               )
                                         )
14  _____   )

15

16         A detention hearing and a preliminary revocation hearing on the Petition on

17  Supervised Release were held on June 19, 2006.

18         **THE COURT FINDS** that the Defendant has knowingly, intelligently, and

19  voluntarily waived his right to a detention hearing and a preliminary revocation hearing and

20  has consented to the issue of detention being made based upon the allegations in the Petition.

21         **THE COURT FURTHER FINDS** that the Defendant has failed to sustain his burden

22  of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that

23  he is neither a flight risk nor a danger to the community. United States v. Loya, 23 F.3d 1529

24  (9th Cir. 1994).

25

26

27

28

1      **IT IS ORDERED** that the Defendant shall be detained pending further order of the

2    court.

3         DATED this 21ST day of June, 2006.

4

5

6                                 Lawrence O. Anderson
                                  United States Magistrate Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28