FILED ___ LODGED
___ RECEIVED ___ COPY

AUG 0 1 2007

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

1  WO

2

3

4

5

6                 IN THE UNITED STATES DISTRICT COURT

7                    FOR THE DISTRICT OF ARIZONA

8

9  United States of America,          )   CR-00-429-1-PHX-ROS
                                       )   CR 01-748-1-PHX-ROS
10              Plaintiff,             )
                                       )
11  vs.                                )
                                       )
12  Richard Roy Baxter,                )   **ORDER**
                                       )
13              Defendant.             )
                                       )
14  _____   )

15

16      A detention hearing and a preliminary revocation hearing on the Petition on

17  Supervised Release were held on July 27, 2007.

18      **THE COURT FINDS** that the Defendant has knowingly, intelligently, and

19  voluntarily waived his right to a detention hearing and a preliminary revocation hearing and

20  has consented to the issue of detention being made based upon the allegations in the Petition.

21      **THE COURT FURTHER FINDS** that the Defendant has failed to sustain his burden

22  of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that

23  he is neither a flight risk nor a danger to the community. United States v. Loya, 23 F.3d 1529

24  (9th Cir. 1994).

25

26

27

28

1     **IT IS ORDERED** that the Defendant shall be detained pending further order of the

2 court.

3     DATED this 1st day of August 2007.

Lawrence O. Anderson
United States Magistrate Judge

- 2 -